RICHARD GALLAGHER, Appellant, *v.* WALSH CONSTRUCTION COMPANY, Respondent.

*Gallagher* v. *Walsh Construction Co.*, 145 App. Div. 943, affirmed.
(Argued January 17, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1911, affirming a judgment in favor of

defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*William L. Rumsey* and *Henry H. Wells* for appellant.

*Frederick W. Catlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.